425 A.2d 329

**COMMONWEALTH of Pennsylvania**

**v.**

**David GARRETT, Appellant.**

Supreme Court of Pennsylvania.

Argued Oct. 22, 1980.

Decided Jan. 27, 1981.

Reargument Denied Feb. 27, 1981.

Louis Lipschitz, Philadelphia, for appellant.

Robert B. Lawler, Chief, Appeals Div., Asst. Dist. Atty., Eric B. Henson, Asst. Dist. Atty., for appellee.

ORDER

PER CURIAM:

Appeal dismissed as improvidently granted.